# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

NICKOL E. CARTER  
ADC #146315                                                                                   PETITIONER

VS.                          5:10CV00346 JMM/JTR

RAY HOBBS, Director,  
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Respondent.

Dated this 17th day of April, 2013.

_____  
UNITED STATES DISTRICT JUDGE