# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NICKOL E. CARTER
ADC #146315                                                    PETITIONER

v.                          No. 5:10-cv-346-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

The Court refers Carter's new motion, № 42, to Magistrate Judge Ray for a recommendation. The Court would particularly appreciate Judge Ray's thoughts on whether Carter's Rule 60 motion is, in substance, a second or successive *habeas* petition. *Gonzalez v. Crosby*, 545 U.S. 524, 528–32 (2005); *Ward v. Norris*, 577 F.3d 925, 932–33 (8th Cir. 2009).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2019

---

*Wendy Kelley is the current director of the Arkansas Department of Correction. The Court directs the Clerk to amend the docket accordingly.