# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**NICKOL E. CARTER**
**ADC #146315**                                                         **PETITIONER**

v.                              No. 5:10-cv-346-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                     **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's careful recommendation, № 45, and overrules Carter's objections, № 48. FED. R. CIV. P. 72(b)(3). Regardless of how it's framed, Carter's motion raises "claims." *Gonzalez v. Crosby*, 545 U.S. 524, 530–32 & n.5 (2005); *see also Ward v. Norris*, 577 F.3d 925, 932–34 (8th Cir. 2009). It is therefore a second or successive *habeas* petition; and Carter must seek and get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). The motion, № 42, will therefore be dismissed without prejudice for lack of jurisdiction. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2020