IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICKOL E. CARTER
ADC #146315                                                         PETITIONER

v.                          No. 5:10-cv-346-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                    RESPONDENT

## JUDGMENT

Motion, № 42, is dismissed without prejudice for want of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2020