IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICKOL E. CARTER
ADC #146315                                                                PETITIONER

v.                              No. 5:10-cv-346-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                            RESPONDENT

ORDER

    Motion, *Doc. 51*, denied. Carter's motion amounted to a second or successive *habeas* petition requiring preauthorization from the United States Court of Appeals for the Eighth Circuit. 28 U.S.C. § 2244(b)(3)(A); *Gonzalez v. Crosby*, 545 U.S. 524, 530–32 & n.5 (2005); *Ward v. Norris*, 577 F.3d 925, 932–34 (8th Cir. 2009). And in light of *Gonzalez*, that conclusion isn't a matter about which reasonable jurists could disagree. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 May 2020